**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| | |
|---|---|
| JIMMY J. ELLIOTT and JEANETTE BARTON, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MITSUBISHI CEMENT CORPORATION, A Nevada Corporation; SPECIALTY MINERALS MICHIGAN, INC., a Michigan Corporation; GRESHAM, SAVAGE, NOLAN & TILDEN; ROBERT W. RITTER, JR.; M. WILLIAM TILDEN; KEITH HIGGINS; THE HEGNER LAW FIRM, DOES 1-10,<br><br>　　　　Defendants. | Case No. CV 07-03509 AG (AJWx)<br><br>Assigned to: Judge Andrew J. Guilford<br><br>**JUDGMENT** |

Having granted Defendants Gresham Savage Nolan & Tilden, APC, Robert W. Ritter, Jr., and M. William Tilden's (collectively "Gresham Defendants") Motion to Dismiss Plaintiffs' Third Amended Complaint in its entirety with prejudice on September 15, 2008, and having granted Defendant Mitsubishi Cement Corporation's ("MCC") Motion to Dismiss Plaintiffs' Second Amended Complaint in its entirety with prejudice on May 15, 2008, after having considered the argument

1

of counsel and the papers filed in support and in opposition to those motions, and for the reasons set forth in the September 15, 2008, and May 15, 2008, decisions of the Court;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment is hereby entered in favor of defendants Gresham Savage Nolan & Tilden, APC, Robert W. Ritter, Jr., M. William Tilden, and Mitsubishi Cement Corporation, and against Plaintiffs Jimmy J. Elliott and Jeanette Barton ("Plaintiffs"), Plaintiffs take nothing by way of their complaint and are denied all relief in this action, the Gresham Defendants shall recover $_____ in costs from Plaintiffs to be paid directly to the Gresham Defendants forthwith, and MCC shall recover $_____ in costs from Plaintiffs, to be paid directly to MCC forthwith.

**IT IS SO ORDERED.**

Dated: January 14, 2009

_____
Hon. Andrew J. Guilford
United Stated District Judge

2