FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| JIMMY J. ELLIOTT and JEANETTE BARTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MITSUBISHI CEMENT CORPORATION, A Nevada Corporation; SPECIALTY MINERALS MICHIGAN, INC., a Michigan Corporation; GRESHAM, SAVAGE, NOLAN & TILDEN; ROBERT W. RITTER, JR.; M. WILLIAM TILDEN; KEITH HIGGINS; THE HEGNER LAW FIRM, DOES 1-10,<br><br>Defendants. | Case No. CV 07-03509 AG (AJWx)<br><br>Assigned to: Judge Andrew J. Guilford<br><br>[~~PROPOSED~~] ORDER RE: THE GRESHAM DEFENDANTS' *EX PARTE* APPLICATION REQUESTING ENTRY OF FINAL JUDGMENT |

The *ex parte* application of Defendants Gresham Savage Nolan & Tilden, APC, Robert W. Ritter and M. William Tilden (the "Gresham Defendants") requesting that the Court enter a final judgment in this matter, and execute the Proposed Judgment previously lodged with the Court and attached to this Proposed Order, has been considered by the Court. After considering the papers submitted, and no opposition having been made by any party, and good cause being shown,

1

IT IS HEREBY ORDERED THAT:

(1) The Gresham Defendants' *ex parte* application is GRANTED;

(2) The Court will execute a final judgment, in the form of the Proposed Judgment previously lodged with the Court and attached hereto, forthwith.

Dated: Jan 14, 2009

_____
The Honorable Andrew J. Guilford
Judge of the U.S. District Court

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| JIMMY J. ELLIOTT and JEANETTE BARTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MITSUBISHI CEMENT CORPORATION, A Nevada Corporation; SPECIALTY MINERALS MICHIGAN, INC., a Michigan Corporation; GRESHAM, SAVAGE, NOLAN & TILDEN; ROBERT W. RITTER, JR.; M. WILLIAM TILDEN; KEITH HIGGINS; THE HEGNER LAW FIRM, DOES 1-10,<br><br>Defendants. | Case No. CV 07-03509 AG (AJWx)<br><br>Assigned to: Judge Andrew J. Guilford<br><br>**[PROPOSED] JUDGMENT** |

Having granted Defendants Gresham Savage Nolan & Tilden, APC, Robert W. Ritter, Jr., and M. William Tilden's (collectively "Gresham Defendants") Motion to Dismiss Plaintiffs' Third Amended Complaint in its entirety with prejudice on September 15, 2008, and having granted Defendant Mitsubishi Cement Corporation's ("MCC") Motion to Dismiss Plaintiffs' Second Amended Complaint in its entirety with prejudice on May 15, 2008, after having considered the argument

of counsel and the papers filed in support and in opposition to those motions, and for the reasons set forth in the September 15, 2008, and May 15, 2008, decisions of the Court;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment is hereby entered in favor of defendants Gresham Savage Nolan & Tilden, APC, Robert W. Ritter, Jr., M. William Tilden, and Mitsubishi Cement Corporation, and against Plaintiffs Jimmy J. Elliott and Jeanette Barton ("Plaintiffs"), Plaintiffs take nothing by way of their complaint and are denied all relief in this action, the Gresham Defendants shall recover $_____ in costs from Plaintiffs to be paid directly to the Gresham Defendants forthwith, and MCC shall recover $_____ in costs from Plaintiffs, to be paid directly to MCC forthwith.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Hon. Andrew J. Guilford
United Stated District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
COUNTY OF LOS ANGELES  )

I am employed in Los Angeles County. My business address is 1960 E. Grand Avenue, Suite 1210, El Segundo, California 90245, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of WAXLER♦CARNER♦WEINREB♦BRODSKY LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On January 6, 2009, I served the foregoing documents on the interested parties in this action entitled as follows:

**[PROPOSED] ORDER RE: THE GRESHAM DEFENDANTS'** *EX PARTE* **APPLICATION REQUESTING ENTRY OF FINAL JUDGMENT**

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**See Attached List**

[XX] **(BY MAIL)** I placed such envelope for collection and mailing on this date following ordinary business practices.

[ ] **(BY PERSONAL SERVICE)** I caused to be hand delivered such envelope to the addressee so indicated.

[XX] **(BY ELECTRONIC MAIL):** I caused to be served, via electronic mail (e-mail), the above-entitled document(s) to the e-mail address of the addressee(s) so indicated.

[ ] **(BY FEDERAL EXPRESS)** I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at El Segundo, California in the ordinary course of business.

[ ] **(BY FACSIMILE)** I caused to be served, via facsimile, the above-entitled document(s) to the office of the addressee so indicated.

[ ] **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

[XX] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

Executed on January 6, 2009, at El Segundo, California.

_____
Monique Aguiniga

## ATTACHMENT TO PROOF OF SERVICE

*Jimmy J. Elliott, et al. v. Gresham, Savage, Nolan & Tilden, et al.*
*United States District Court Case No. CV07-03509-AG-AJWx*

Michele M. Vercoski, Esq.
McCUNE & WRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Phone: 909-557-1250
Fax:     909-557-1275
E-mail: mmv@mwtriallawyers.com

*Attorneys for Plaintiffs*
*Jimmy J. Elliott and Jeanette Barton*